# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR L. LINDSEY,<br><br>        Plaintiff,<br><br>   vs.<br><br>TAIT,<br><br>        Defendant. | 1:18-cv-00878-LJO-BAM (PC)<br><br>ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE<br><br>(Doc. No. 17)<br><br>**FOURTEEN-DAY DEADLINE** |

      Plaintiff Arthur L. Lindsey is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

      On October 25, 2018, Defendant Tait filed a motion for summary judgment. Fed. R. Civ. P. 56. (Doc. No. 17.) Plaintiff was provided with notice of the requirements for opposing a motion for summary judgment. *Woods v. Carey*, 684 F.3d 934 (9th Cir. 2012); *Rand v. Rowland*, 154 F.3d 952, 957 (9th Cir.1988); *Klingele v. Eikenberry*, 849 F.2d 409, 411–12 (9th Cir.1988). (Doc. No. 17-2.)

      Plaintiff's opposition or statement of non-opposition to the summary judgment motion was due within twenty-one days of service. Local Rule 230(l). More than twenty-one days have passed, and Plaintiff has not responded to the motion, nor otherwise been in contact with the Court.

      Accordingly, it is HEREBY ORDERED that Plaintiff shall show cause by WRITTEN RESPONSE within **fourteen (14) days** of service of this order why this action should not be

1

dismissed for failure to prosecute. Plaintiff may comply with the Court's order by filing an opposition or statement of non-opposition to Defendant's motion for summary judgment. Plaintiff is warned that if he fails to comply with the Court's order, the Court will recommend that this matter be dismissed, with prejudice.

IT IS SO ORDERED.

Dated: **December 3, 2018**  /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE

2